# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————

No. 1D18-3077

—————————————

J.W., Father of J.W., A Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

—————————————

On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.

December 18, 2018

PER CURIAM.

    AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

—————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————

Ronald Newlin, Tallahassee, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee Department of Children and Families.

Marynelle Hardee, Gainesville, and Thomasina Moore, Tallahassee, for Guardian ad Litem Program.